CRIMINAL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** John J. Tuchi | **Date:** March 12, 2025 |
| **USA v. Clifton Nez Hamalowa** | **Case Number:** CR-22-00751-001-PHX-JJT |

**Assistant U.S. Attorney:** Jennifer LeGrange and Travis Wheeler with FBI Special Agent Daniel Baker and Gila River Police Detective Jason Greeley
**Attorney for Defendant:** Diego Rodriguez, CJA Attorney
**Interpreter:** N/A
**Defendant:** ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody

## JURY TRIAL (DAY 7):

8:46 a.m. Court reconvenes. Jury is not present. Discussion held re: final jury instructions and transcript. 8:49 a.m. Court is in recess.

9:11 a.m. Court reconvenes. Jury is not present. 9:13 a.m. Jury is present. Final jury instructions read. Closing arguments. 10:31 a.m. Jury exits the courtroom. 10:32 a.m. Court is in recess.

10:46 a.m. Court reconvenes. Jury is present. Closing arguments continue. Jurors 2, 4 and 11 are selected as the alternates. Bailiff is sworn to take charge of the jury. 12:17 p.m. Jury exits the courtroom to begin deliberations. Discussion held re: attorney contact information and schedule. 12:20 p.m. Court is in recess.

12:20 p.m. The jury has been excused for the lunch hour and will return at approximately 1:20 p.m. to resume deliberations.

1:17 p.m. The jury has returned from the lunch break and begins deliberations.

3:23 p.m. The Court has been notified that the jury has a question. Counsel is notified. 3:45 p.m. Court reconvenes. Defendant's presence is waived. Juror question is addressed. 3:52 p.m. Court is in recess.

3:57 p.m. The Court has been advised that the jury has reached a verdict. Counsel is notified. 4:11 p.m. Court reconvenes. Jury is present. Verdict is read. Defendant found guilty as to Counts 1 through 5 of the Indictment. The Court advises the Jury the admonition has been lifted and that they are excused from their jury service. 4:16 p.m. Jury exits the courtroom. **IT IS ORDERED** sentencing set for 5/27/2025 at 3:00 p.m. **IT IS FURTHER ORDERED** defendant remain detained until Sentencing. **IT IS FURTHER ORDERED** directing the U.S. Probation Department to prepare a Presentence Investigation Report.

4:19 p.m. Court is adjourned.

**USA v.** Clifton Nez Hamalowa  **Date:** March 12, 2025
**Case Number:** CR-22-00751-001-PHX-JJT  Page 2 of 2

**Court Reporter** Scott Coniam  **Start:** 8:46 AM
**Deputy Clerk** Julie Martinez  **Stop:** 4:19 PM
  **TOTAL:**
  **3 hrs 13 mins**