FILED ✓ _____ LODGED
_____ RECEIVED _____ COPY

MAR 1 2 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-22-00751-01-PHX-JJT |
| Plaintiff(s), | |
| v. | **JUROR QUESTIONS** |
| Clifton Nez Hamalowa, | **DURING TRIAL** |
| Defendant(s). | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JURY QUESTION

Date: _____3-4-25_____

*******************************

QUESTION:

When you picked up Coowie, when she called gave, how far did you drive.

_____
*I*
JUROR NUMBER

RESPONSE:

ASKED AS DRAFTED

_____
JUDGE'S SIGNATURE/DATE    3/4/25

# JURY QUESTION

Date:  3/4/25

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Yes or No —

Did Kawi mention or tell You

Why Richard was shot?

_____ #6
JUROR NUMBER

RESPONSE:

As modified

_____ 3/4/25
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date:  _____3/4_____

*****************************

QUESTION:

Did Kenzie say why she
had a picture of Richards
Car?

_____5_____
JUROR NUMBER

RESPONSE:

Asked

_____
JUDGE'S SIGNATURE/DATE  3/4/25

## JURY QUESTION

Date: _____3-4-25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

How long after the interview @ Cheryl's house
did you arrive with D.C.P. to plu Desiree

_____/_____
JUROR NUMBER

RESPONSE:

ASKED

_____
JUDGE'S SIGNATURE/DATE   3/4/25

## JURY QUESTION

Date: _03/04/2025_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

When you were talking to Kowi in Person did you feel like she was Making a story up?

_____#6_____
JUROR NUMBER

RESPONSE:

Not ASKED

_____
JUDGE'S SIGNATURE/DATE  3/4/25

# JURY QUESTION

Date:  3/5/25

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Any specific reason finger prints were not taken in the search? ~~Specially it was a murder case?~~

_____
#6
JUROR NUMBER

RESPONSE:

As modified

_____
JUDGE'S SIGNATURE/DATE  3/5/25

JURY QUESTION

Date: _____ Juror #3 | 3/5/25 _____

*******************************

QUESTION:

~~XXXX~~ ○ who did room J belong to?

of known, who is the owner of the cat?

~~XXXXXXXXXXXXXXXXXXXXXX~~

○ was room L locked? why did the
detective need to break the door?

○ who did the hp laptop
belong to? evidence &
looked like it had
the word "olds"

○ What were the results
of the DNA swab from
the toddler bed?

_____#3_____
JUROR NUMBER

RESPONSE:

ONLY TAU
QUESTION

_____ 3/5/25 _____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date:    3-5-25

*******************************

QUESTION:

In the pictures of the bedrooms: Who's ~~Pere~~ room is whose? Rooms - J, K L.

Room ~~E~~ I = master but who's room

Room J =

Room - K -

Room L - Richards

JUROR NUMBER    me

RESPONSE:

Q: - I'd like to know who slept where.

- Why didn't you take finger prints of weapon ~~in a mass~~ when someone is shot.

NOT ASKED

_____
JUDGE'S SIGNATURE/DATE    3/5/25

# JURY QUESTION

Date: _03/06/25_____

******************************

QUESTION:

Did the officer tell her why they
damaged the door on entry?
If it was locked were any of the other
bedroom doors locked - to her knowledge?

_15_____
JUROR NUMBER

RESPONSE:

1st Q duplicated + not repeated here
2nd Q AS1462

_____
JUDGE'S SIGNATURE/DATE    3/5/25

# JURY QUESTION

Date: _____3/5/25_____

******************************

QUESTION:

ROOM L was Locked and had to be Broken into
to gain access?

_____10_____
JUROR NUMBER

RESPONSE:

not issued

_____ 3/5/25
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3|5|25_____

******************************

QUESTION:

Was any finger prints recovered from Room 6? Either on the wall or blinds?

_____#6_____
JUROR NUMBER

RESPONSE:

ASKED

_____ 3/5/25
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3/5/2025_____

*******************************

QUESTION: ① DID THE DEFENDANT OR ANYONE ELSE
~~PREVIOUSLY~~ THREATEN YOU IF YOU CALLED
AUTHORITIES

② CAN YOU ADVISE IF YOU WERE TOLD
YOU CAN LEAVE BUT DESIREE COULD
NOT GO WITH YOU?

_____# 4_____
JUROR NUMBER

RESPONSE:

Q1 only

_____ 3/5/25 _____
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _____3-5-25_____

*******************************

① QUESTION: Did they argument between Clifton and Cameron/new girl begin in the ~~bath~~ master bathroom when Clifton came out of the shower or ~~any~~ in the living room.

② When did Clifton say he pulled the trigger? As you just stated.

_____one_____
JUROR NUMBER

RESPONSE:

Q 2 On W/

_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: 3/5/25

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Did you video record or voice record any of the planning they had going on?

#6
JUROR NUMBER

RESPONSE:

OK

JUDGE'S SIGNATURE/DATE   3/5/25

## JURY QUESTION

Date: _3/5/25_____

*******************************

QUESTION:

Did you take any pictures or videos prior to start cleaning the room where the incident took place?

_____#6_____
JUROR NUMBER

RESPONSE:

OK

_____  3/5/25
JUDGE'S SIGNATURE/DATE

JURY QUESTION

Date: _____3/5/25_____

*****************************

QUESTION:

What made you decide to fially leave the house and go to your grandmother and call the police?

_____#6_____
JUROR NUMBER

RESPONSE:

OK

_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _3/5/25_____

****************************

QUESTION:

Did anyone else other than Clifton told you
that he pulled the trigger on Richard?

_____#6_____
JUROR NUMBER

RESPONSE:

OK

_____
JUDGE'S SIGNATURE/DATE    3/5/25

JURY QUESTION

Date: _____3/5/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Did You Save any evidence? ~~and then~~ SUBSEQUENTLY

AND IF So,
DID You

destroy it ?

_____#6_____
JUROR NUMBER

RESPONSE:

_____
JUDGE'S SIGNATURE/DATE    3/5/25

## JURY QUESTION

Date: 3/5/25

******************************

QUESTION:

~~[scribbled out]~~

Do you think the drugs you were using after the incident had an effect on how you were observing what's going on around you?

JUROR NUMBER #6

RESPONSE:

OK

JUDGE'S SIGNATURE/DATE   3/5/25

JURY QUESTION

Date: _____3 - 5 - 2025_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

At or around the date of August 28, 2020 did the witness
have a reliable and consistent form of income?
Was she financially dependent on her family members
at the time?
If so, which ones? And to what extent?

_____4_____
JUROR NUMBER

RESPONSE:

_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3/5/25_____

****************************

QUESTION:

How far do you think was the gun away from the victim when the shots was fired

_____#6_____
JUROR NUMBER

RESPONSE:

ASLRD

_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: ___3/6/2025_____

*******************************

QUESTION:

○ What is the % of accuracy for DNA tests, considering the source being something that is not fresh (such as dried blood)? Is it highly accurate? What is the % of error?

• Should the evidence need to be transferred to multiple units, what processes Are put in place to ensure that the evidence is not tampered and/or preserved as much as possible? _____ #3

JUROR NUMBER

RESPONSE:

ASKED

_____

JUDGE'S SIGNATURE/DATE
3/6/25

## JURY QUESTION

Date: _____3-6-25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

① If you know, How is the samples moved from local location to FBI in V.A.?

② Is the extraction fridge locked up or in the evidence locker?

_____one_____

JUROR NUMBER

RESPONSE:

AS MODIFIED

_____

JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _____3-6-25_____

******************************

QUESTION:

If you know, Please explain why 2 of 3 lab items had stains and the others did not.

_____
JUROR NUMBER

RESPONSE:

As Modified

_____
JUDGE'S SIGNATURE/DATE   3/6/25

## JURY QUESTION

Date: _____3/6/2025_____

*****************************

QUESTION: *If you know* WHAT DOES THE YELLOW STAINING INDICATE DURING TESTING

14
_____
JUROR NUMBER

RESPONSE:

AS MODIFIED

_____
JUDGE'S SIGNATURE/DATE   3/6/25

# JURY QUESTION

Date: _____3-6-25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Was 77.1 and 77.4 tested for anything
or did you only collect?

_____ore_____
JUROR NUMBER

RESPONSE:

AS WRITTEN

_____ 3/6/25
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _3/6/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

There was other Staining on the towel
any reason a sample wasn't collected?

_#6_____
JUROR NUMBER

RESPONSE:

AS WRITTEN

_____ 3/6/25
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _3/6/25_____

*******************************

QUESTION:

How many years of experience you had at the time when you were testing and looking for stains?

_____#6_____
JUROR NUMBER

RESPONSE:

OK

_____
JUDGE'S SIGNATURE/DATE    3/6/25

## JURY QUESTION

Date: 3/6/25

*****************************

QUESTION:

The Samples you collect for testing, do you choose the areas and stains or are you directed by someone else to only test the areas they ask you to?

#6

JUROR NUMBER

RESPONSE:

OK

3/6/25

JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _____3/6/25_____

*****************************

QUESTION:

Lab 91  Since area 1 on the window blind is quite large,
what [specific] part(s) of area 1 did you swab?
could this be circled on your screen w/ the exhibit present?

Lab 89 #2, similar question as the first

_____#3_____
JUROR NUMBER

RESPONSE:

OK

_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3/6_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Why would it happen that
1 biologist would perform
the serology and then a
second biologist perform collection?
why wouldn't the 1st Biologist
complete both?

_____5_____
JUROR NUMBER

RESPONSE:

Not asked

_____
JUDGE'S SIGNATURE/DATE
3/6/2r

# JURY QUESTION

Date: _____3-6-25_____

******************************

QUESTION:

① Pls explain how the packaging are able tobe opened and the resealed ~~seal~~ repeatedly.

② Spot test ~~on item~~ 87 & 89, ~~why what~~ what does it mean ~~if it negtive~~.

② Why are you allowed to choose where your test and other coworkers are not?

_____
JUROR NUMBER

RESPONSE:

AS DRAFTED

_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3/6/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

① do all forensic biologists have the ability to do a spot test on their own violition

② Why did he feel the need to do a spot test?

#3

_____
JUROR NUMBER

RESPONSE:

OK

_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: 3-6-2025

*******************************

QUESTION:

In the context of population statistics, why does the statistical Law of Large Numbers only lead to "fine-tuning" after the sample size of a population rises above "100-200" individuals?

_____
4
JUROR NUMBER

RESPONSE:

OK

_____
JUDGE'S SIGNATURE/DATE    3/6/25

# JURY QUESTION

Date: 3-6-2025 _____

******************************

QUESTION:

Upon DNA comparison regarding the bedframe and the towel, what is the likelihood that the samples could have been from a child of Richard, considering the possibility of the child being female and not male? Additionally, how many times are these DNA comparison tests replicated, if any?

4
_____
JUROR NUMBER

RESPONSE:

O/2

_____
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _3/6/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Can you confidently confirm that Clifton was the last Person who touched the gun?

_____#6_____
JUROR NUMBER

RESPONSE:

OK

_____3/6/25_
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: 3/6/25

*******************************

QUESTION:

~~What is considered a strong number of~~
What range of values is considered a strong indication of
a DNA contributor? For Clifton, it was 79,000 times
on the textured areas of the pistol
~~but~~ and for Richards, values were up to billions and septillion
if 79,000 is considered "strong" then what is the range?
and at what value is it moderate and ~~lower~~ lower?

#3
JUROR NUMBER

RESPONSE:

OK

JUDGE'S SIGNATURE/DATE

JURY QUESTION

Date: _____3/6/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Which area of the gun was cliftons hand

hand

texture was found on?

#6
JUROR NUMBER

RESPONSE:

NOT ASKED

_____
JUDGE'S SIGNATURE/DATE    3/6/25

## JURY QUESTION

Date: 3/6/25

*******************************

QUESTION:

In order to determine if a piece of evidence has a positive phenothieylene test, does the biologist have to take a swab of the piece of evidence?
Previously a biologist had ~~the~~ testified that they did not swab a piece of evidence but found a positive result with a phenotheylene test. Is this possible?

#3
JUROR NUMBER

RESPONSE:

#1 only

_____
JUDGE'S SIGNATURE/DATE     3/6/25

## JURY QUESTION

Date: _____3/6/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

To determine the liklihood of the
DNA contributor to ~~of the~~ the textured parts
of the pistol, which native american
population statistic did you use?
As I recall, there was Navago, AN native american,
and one other.

_____#3_____
JUROR NUMBER

RESPONSE:

No

_____
JUDGE'S SIGNATURE/DATE    3/6/25

## JURY QUESTION

Date: _____3-6-25_____

*******************************

QUESTION:

Did you exclude Erick on the lab items
23,24, 77,87,91 And did you obtain a swab, DNA on him.

Why ever are we not mentioning him.

DID you Have A Known sample From
Jon ERIC Clouson

_____one_____
JUROR NUMBER

RESPONSE:

_____
JUDGE'S SIGNATURE/DATE   3/6/25

# JURY QUESTION

Date: _3/6/2025_

*******************************

QUESTION: Is it possible for someone to transfer another's DNA to an item without transferring their own?

_9_
JUROR NUMBER

RESPONSE:

OK

_JUDGE'S SIGNATURE/DATE_

## JURY QUESTION

Date: _____3/6/25_____

*****************************

QUESTION:

Knowing that there is a higher chance of contamination to the evidence once it leaves the DNA Unit, why was the ~~latex~~ fingerprinting of the pistol not collected at the DNA unit?

_____ #3_____
JUROR NUMBER

RESPONSE:

No

_____ 3/6/25_____
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: 3-7-2025 _____

*******************************

QUESTION:

During the testing for finding latent prints, can it be possible for the super-glue fuming or the orange chemical spray to adhere to oils not originating from human skin, such as the oils sometimes used to clean firearms after they are used?

4 _____
JUROR NUMBER

RESPONSE:

OK AS DRAFTED

_____
JUDGE'S SIGNATURE/DATE  3/7/25

# JURY QUESTION

Date: _____3/7/25_____

*******************************

QUESTION:

once you have identifies the print on an evidence, is there any technology or machinery other than your professional visual comparison to determine if there is a usable print ~~or a~~ and/or a match?

_____3_____
JUROR NUMBER

RESPONSE:

Not Asked

_____ 3/7/25 _____
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _____3-7-25_____

****************************

QUESTION:

① Why are the finger print brushes not cleaned or thrown away after every crime scene in order to perserve cross contamination.

_____one_____
JUROR NUMBER

RESPONSE:

Not Asked

_____3/7/25_____
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _____3/7_____

******************************

QUESTION:    types of

IF you know    How many 22 caliber glock
44's are there

_____5_____
JUROR NUMBER

RESPONSE:

A SKED
AS MODIFIED

_____ 3/7/25
JUDGE'S SIGNATURE/DATE

JURY QUESTION

Date: _3/7/2025_____

*******************************

QUESTION:

With a gun like this quality, how hard
would it be to shoot 4 bullets in the same
direction? ~~scribbled out~~

~~scribbled out~~

~~scribbled out~~                                    #6
                                         JUROR NUMBER

RESPONSE:

Not Ansa

_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _3/7/25_____

******************************

QUESTION:

About how much body weight does it take
to shoot 4 bullets in the same direction
with Glock 22~~...~~

_____ #6
JUROR NUMBER

RESPONSE:

NOT ASKED

_____ 3/7/25
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _____03/07/25_____

***************************

QUESTION:

1. Do you check to see if the weapon is registered? If yes, was it registered?

_____15_____
JUROR NUMBER

RESPONSE:

NOT ASKED

_____3/7/25_____
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date:  03/10/2025 _____

*****************************

QUESTION:

Tammi said that she took the gun and gave it
to Koowee. Where did she take the gun from?
Why did she give it to Koowee?

_____
/5
JUROR NUMBER

RESPONSE:

OK - AS WRITTEN

_____
3/10/25
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____03/10/2025_____

If you answer this
Yes or No,

*******************************

QUESTION:

To your knowledge did Devonne get involved in the discussion the Clifton and Richard had the night before the shooting?

How would you describe the relationship between Devonne and Richard?

_____15_____
JUROR NUMBER

RESPONSE:

ASKED
AS AMENDED

_____ 3/10/2+
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3-10-25_____

******************************

QUESTION:

Did Koovee remove Enck from the house when Deven asked her to? When did Enck come back to the house and was he in and out of the house as you were.

_____One_____
JUROR NUMBER

RESPONSE:

OK - ASKED AS DRAFTED

_____OR_____3/10/25_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3/10/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

(Q1) On the day that you and Devonne and Kowee went to pick up Clifton, Who was driving? And whose car is being used to pick up Clifton?

(No) Do you know if Clifton or Thomas or Devonne was consuming meth, alcohol, and marijuana? And if so, to what extent did they use it? Was it as heavy of a user?

_____#3_____
JUROR NUMBER

RESPONSE:

#1 ASKED AS DIRECTED
#2 NOT ASKED

_____
JUDGE'S SIGNATURE/DATE  3/10/25

# JURY QUESTION

Date: 3-10-2025 _____

******************************

QUESTION:

Did Clifton do or say anything to indicate that you could potentially be harmed or killed if you did not enter into a physical relationship with him?

4
_____
JUROR NUMBER

RESPONSE:

Not Asked

_____
JUDGE'S SIGNATURE/DATE    3/10/25

# JURY QUESTION

Date: _3/10/25_____

***************************

QUESTION:

Was Clifton using alcohol or drugs the
night of the murder?

_____#6_____
JUROR NUMBER

RESPONSE:

OK — ASKED & DRAFTED

_____ 3/10/25
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _3/10/25_____

## ******************************

QUESTION:

When you came from the master bedroom after you heard the gun shots did you see anyone holding a gun?

_____#6_____
JUROR NUMBER

RESPONSE:

OK -ASKED AS DRAFTED

_____
JUDGE'S SIGNATURE/DATE

JURY QUESTION

Date: _____3/10/25_____

*******************************

QUESTION:

Did you see who moves Richard's body?

_____#6_____
JUROR NUMBER

RESPONSE:

6K - ASKED AS DRAFTED

_____3/10/25
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _3/10/25_

*******************************

QUESTION:

Have you Seen Koowi use Meth prior to the day of Richard's indicent?

_#6_
JUROR NUMBER

RESPONSE:

GK -AS DRAFT()

_[signature] 3/10/20_
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: 3/10/25

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

What was the conversation when Clifton made a gun with his hand? How did you understand it was about Richard?

#6

JUROR NUMBER

RESPONSE:

NOT ASKED

JUDGE'S SIGNATURE/DATE   3/16/2-

JURY QUESTION

Date:  3/10/25

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

QUESTION:

Did You video record or voice records anything that was going on after the incident?

_____
\#6
JUROR NUMBER

RESPONSE:

OK -AS DRIF(ω)

_____
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _3/10/25_____

*******************************

QUESTION:

Did You find out after the ~~incident~~
incident
Who Shot Richard ? ~~~~

_____#6_____
JUROR NUMBER

RESPONSE:

NoT ASKED

_____ 3/10/20
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3-10-25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

① After the gun shots, did Koowee come to get you out of the house? / Or did you fist leave your room is when you got food.

You stated that you were told not to get involed with people on the reservation, however you lived there, can you speak to why that is.

_____one_____
JUROR NUMBER

RESPONSE:

1 AS MODIFIED (split into two)

2 — NOT ASKED

_____
JUDGE'S SIGNATURE/DATE  3/10/25

# JURY QUESTION

Date:    3-10-2025

*******************************

QUESTION:

When you saw Koowee put the gun in your bathroom cabinet, was it covered in anything?

4

JUROR NUMBER

RESPONSE:

ASKED AS DRAFCD

JUDGE'S SIGNATURE/DATE    3/10/25

## JURY QUESTION

Date: _____3/10/2025_____

*******************************

QUESTION:

Did you know that Devonne had used your car on sept 3rd to pick up Clifton from scottsdale?

_____
#3
JUROR NUMBER

RESPONSE:

ASKED AS DRAFTS

_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3/10/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Where you afraid of Richard?
Did he seem to be a threat to anyone?
RICHARD

_____15_____
JUROR NUMBER

RESPONSE:

AS DRAFTED

_____
JUDGE'S SIGNATURE/DATE    3/10/25

## JURY QUESTION

Date: _____3-10-25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Can you speak to the discoloration
on the car.

_____
JUROR NUMBER

RESPONSE:

NOT ASKED

_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _03/11/2025_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

OK  On Sept. 4, do you know how long the cell was in area 2?

OK  If you are in a traveling car in a city that has many cell towers, in your opinion, how long (mins) would some one's cell be in a cell tower coverage area?

_15_____
JUROR NUMBER

RESPONSE:

ASKED AS DRAFTED

_[signature] 3/11/25_____
JUDGE'S SIGNATURE/DATE

JURY QUESTION

Date: _____3/11/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Do you have information on who these outgoing/ingoing
calls were placed to?

GK

_____10_____
JUROR NUMBER

RESPONSE:

ASKED AS DRAFTED

_____3/11/25___
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: ___3/11/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Did You obtain streets survaillance on the Day of the murder?

___#6___
JUROR NUMBER

RESPONSE:

OK

___3/11/25___
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _3/11_____

*******************************

QUESTION:

Do you know who initially reported/
located the remains of mr. olds?

_____5_____
JUROR NUMBER

RESPONSE:

not asked

_____3/11/25___
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _____3-11-25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Regarding the text messages from Tami to Clifton, you stated there was no response. Is it possible Clifton called instead of text, And would Dect. Swartz have this information.

_____One_____
JUROR NUMBER

RESPONSE:

Not Allu

_____JJK___3/11/25_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3/11/25_____

*******************************

QUESTION:

Did you obtain records ~~From~~ of Calls/Messages from Messenger/Whatsapp etc ~ of the defendent and others in the investigation?

_____#6_____
JUROR NUMBER

RESPONSE:

Not Issue

_____
JUDGE'S SIGNATURE/DATE   3/11/25

# JURY QUESTION

Date: 3-11-2025

*****************************

QUESTION:

Would performing a confrontation call require a warrant from a judge?

Same question for obtaining traffic footage.

4
JUROR NUMBER

RESPONSE:

AJ KD AS DRnFKD

3/11/25
JUDGE'S SIGNATURE/DATE