```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

    MAR 1 2 2025

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff(s),<br><br>v.<br><br>Clifton Nez Hamalowa, *et al.*,<br><br>            Defendant(s). | No. CR-22-00751-001-PHX-JJT<br><br>**VERDICT FORM** |

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, unanimously find Defendant 1, Clifton Nez Hamalowa:

### COUNT ONE

With respect to Count One, Conspiracy to Commit Assault Resulting in Serious Bodily Injury:

      ✓ GUILTY           \_\_\_\_\_ NOT GUILTY

### COUNT TWO

With respect to Count Two, First Degree Murder, and Aid and Abet:

      ✓ GUILTY           \_\_\_\_\_ NOT GUILTY

*If you unanimously find the defendant not guilty of Count Two or you cannot reach a unanimous verdict on Count Two, please respond to the following:*

With respect to the Lesser-Included Charge of Count Two, Second Degree Murder:

\_\_\_\_\_ GUILTY          \_\_\_\_\_ NOT GUILTY

### COUNT THREE

With respect to Count Three, Assault with a Dangerous Weapon, and Aid and Abet:

__✓__ GUILTY          \_\_\_\_\_ NOT GUILTY

### COUNT FOUR

With respect to Count Four, Assault Resulting in Serious Bodily Injury, and Aid and Abet:

__✓__ GUILTY          \_\_\_\_\_ NOT GUILTY

### COUNT FIVE

With respect to Count Five, Discharging a Firearm During and In Relation to a Crime of Violence, and Discharging a Firearm In Furtherance of a Crime of Violence, and Aid and Abet:

__✓__ GUILTY          \_\_\_\_\_ NOT GUILTY

*If you unanimously find the defendant guilty of Count Five, please respond to the following:*

Which of the following did the defendant do? Select all that apply.

 ✓ Used a firearm during and in relation to the crime of violence

 ✓ Carried a firearm during and in relation to the crime of violence

 ✓ Brandished a firearm during and in relation to the crime of violence

 ✓ Discharged a firearm during and in relation to the crime of violence

 ✓ Possessed a firearm in furtherance of the crime of violence

 ✓ Brandished a firearm in furtherance of the crime of violence

 ✓ Discharged a firearm in furtherance of the crime of violence

DATED: __3/12/25__

 _One_
 Foreperson